```
CLERK'S OFFICE U.S. DIST. COURT
         AT ROANOKE, VA
              FILED

         JUN 17 2009

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 5:05cr00007-6 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| DEWAYNE ANTHONY SHIFFLETT. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that Shifflett's letter is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk is **DIRECTED** to docket Shifflett's letter, under seal, as a § 2255 motion; the § 2255 motion shall be and hereby is **DISMISSED** without prejudice as successive; and the case is hereby **STRICKEN** from the active docket.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties. The Clerk is further directed to send a copy of Shifflett's letter to the United States.

ENTER: This 17th day of June, 2009.

_____
United States District Judge